

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00478-CR

Ruth Ann **COMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-0678
Honorable Jennifer Peña, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2025.

_____
Rebeca C. Martinez, Chief Justice